UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shannon Brown, et al.,

Plaintiffs,

v.

American Home Products Corporation,

Defendant.

Civil 00-2290 JRT/FLN

ORDER OF RECUSAL

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter.

DATED: Oct. 23, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

FILED OCT 23 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge John M. Mason.

NEW CASE NUMBER 00-2290 JRT/JMM

Use this case number for all further filings.